CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 1 4 2005

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ANTHONY JOSEPH TURNER, ) | |
| Plaintiff, ) | Civil Action No. 7:05-cv-00692 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| DR. BENCH, et al., ) | By: Hon. James C. Turk |
| Defendant(s). ) | Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that plaintiff's motions to proceed in forma pauperis shall be and hereby are **DENIED**, as plaintiff fails to demonstrate that he is in imminent danger of serious physical harm, and the action is hereby **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915(g), and stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to plaintiff and to counsel of record for the defendants.

ENTER: This 14th day of December, 2005.

_____
Senior United States District Judge